Rel: January 10, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0426

Safeway Insurance Company of Alabama, Inc. v. Tara Abner, as personal representative of the Estate of Richard T. Kimbrough, deceased (Appeal from Jackson Circuit Court: CV-12-900023).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.